# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-1479**                                          **September Term, 2014**

**FERC-IS08-390-002**
**FERC-IS08-390-004**
**FERC-IS08-390-006**
**FERC-IS08-390-007**

**Filed On: April 22, 2015** [1548737]

Continental Airlines, Inc., et al.,

        Petitioners

    v.

Federal Energy Regulatory Commission
and United States of America,

        Respondents

------------------------------

BP West Coast Products LLC, et al.,
           Intervenors
------------------------------

Consolidated with 12-1069, 12-1070,
12-1073, 12-1086, 15-1101, 15-1105,
15-1107

## O R D E R

It is **ORDERED**, on the court's own motion, that case Nos. 15-1101, 15-1105, and 15-1107 be consolidated with case No. 11-1479, et al.

            **FOR THE COURT:**
            Mark J. Langer, Clerk

        BY:    /s/
              Scott H. Atchue
              Deputy Clerk